UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:10-00064 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| ROBERT LEE ARCHIBALD JR. | ) | |
| a/k/a "CHAN" | ) | |
| | ) | |
| LOLETHIA MUSE | ) | |

## MOTION TO PARTIALLY UNSEAL INDICTMENT

Comes now the United States and requests the indictment in this case be partially unsealed since defendants Archibald and Muse have been arrested and should be provided notice of the charges against them in the indictment. The remaining defendant has not yet been arrested, and the indictment should remain under seal as to that defendant to safeguard the officers responsible for arresting that defendant.

A redacted copy is attached hereto for the court's use, and the United States requests the indictment be unsealed to the extent reflected in the attached redacted indictment.

Respectfully submitted,
EDWARD M. YARBROUGH
United States Attorney

**ORDER**
Motion Granted
JOE B. BROWN
Magistrate Judge

/s/Sunny A.M. Koshy 4/8/10
Sunny A.M. Koshy
Assistant U.S. Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
(615) 736-5151