Motion GRANTED.

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No.  3:10-cr-00064-1** |
| **v.** | ) | **Judge Trauger** |
| | ) | |
| **ROBERT LEE ARCHIBALD, JR.** | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

Defendant Robert L. Archibald, Jr., through counsel and without opposition from the government, moves for an Order continuing the October 1, 2013 trial and related pretrial deadlines to a date after April 1, 2014, appropriate to the Court's calendar.  In support defendant files, under seal, the declaration of counsel and would show:

1.      Defendant is indigent and is represented by appointment. Defendant Archibald and codefendant Muse are currently scheduled for trial on October 1, 2013 at 9:00 a.m. (D.E. 227).

2.      For the reasons stated herein and in counsel's sealed declaration, defendant needs additional time to prepare for trial or an alternative resolution.  An extension of time is necessary and is not requested to delay this matter from closure.

3.      Archibald's counsel also has federal criminal trials scheduled as follows: October 29, 2013, *United States v. Brandon Stuczynski*; November 12, 2013, *United States v. Nickless Whitson;* December 17, 2013, *United States v. Joshua Granderson;* and January 28, 2014, *United States v. Dwayne Bellini*. All listed defendants, are incarcerated and further waivers of speedy