**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:10-cr-00064-1 |
| v. ) | Judge Trauger |
| ) | |
| ROBERT LEE ARCHIBALD, JR. ) | |

## MOTION TO CORRECT AND/OR AMEND DOCKET ENTRY 237
## UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

Defendant Robert L. Archibald, Jr., through counsel, moves to correct and/or amend his motion to continue the trial in this matter filed earlier today (Docket No. 237).

Paragraph 3, Page ID # 1062 incorrectly states, "All listed defendants are incarcerated." All defendants listed are incarcerated **with the exception of Dwayne Bellini** (*U.S. v. Dwayne Bellini*). Mr. Bellini is on supervised release, pretrial. Undersigned counsel should have caught this error by more careful review before filing, and apologizes to the Court.

Paragraph 3, as corrected, should read:

3. Archibald's counsel also has federal criminal trials scheduled as follows: October 29, 2013, *United States v. Brandon Stuczynski*; November 12, 2013, *United States v. Nickless Whitson;* December 17, 2013, *United States v. Joshua Granderson;* and January 28, 2014, *United States v. Dwayne Bellini*. Three of the above listed defendants are incarcerated, and further waivers of speedy trial are unlikely. While trial in all of the above cases is doubtful, at least two will most likely proceed to trial, and all will require significant work in the next several months.