IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

<span style="background-color: yellow">Motion GRANTED.</span>

UNITED STATES OF AMERICA     )
                                         )    NO.  3:10-cr-00064
                                         )     JUDGE TRAUGER
ROBERT LEE ARCHIBALD        )

## MOTION TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE

Robert Lee Archibald, by and through undersigned counsel, moves this Court for an order modifying the conditions of his pretrial release, allowing defendant to change his address and live with his wife and children.  In support, counsel would show:

1.    Defendant is indigent and represented by CJA appointment. Trial is scheduled on April 8, 2014 at 9:00 a.m. (D.E. 245).

2.    On May 23, 2011 defendant was released with special conditions. Defendant's release conditions required him to reside with his mother, abide by a curfew, monitoring restrictions, and other special conditions (D.E. 176).

3.    On May 25, 2012 the Court modified defendant's conditions, removing curfew and monitoring restrictions. (D.E.190).

4.    Since May 2011 Mr. Archibald has consistently maintained employment, has been determined by the U.S. Magistrate to be no danger to public safety and no flight risk, and has been in complete compliance with all conditions governing his pretrial release including supervision and special conditions.

5.    Mr. Archibald and co-defendant Lolethia Muse are now legally married. Defendant requests his release condition be changed to allow him to live with his wife and children.  The proposed address is on file with the United States Probation Office (U.S.P.O.).