IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 3:10-cr-00064 |
| v. | ) Judge Trauger |
| | ) |
| ROBERT LEE ARCHIBALD, JR. | ) |

**Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial by co-defendant.**

*/s/ Judge Trauger*

**MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES**

Defendant Robert L. Archibald, Jr., moves this Court for an order continuing the September 23, 2014 trial and related pretrial deadlines to a date after January 10, 2015, convenient to the Court's calendar. In support defendant files, under seal, the declaration of counsel and would show:

1. A waiver prepared under the Middle District of Tennessee's Plan for the Prompt Disposition of Criminal Cases will be filed with the Court tomorrow, September 22, 2014.

2. Defendant's request is necessary and is not requested to delay this matter from closure.

WHEREFORE, PREMISES CONSIDERED, defendant moves this Court for an order continuing the trial in this matter to a date after January 10, 2015, convenient to the Court's calendar.